UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PATRICIA KENNEDY,

    Plaintiff,

v.                                     Case No.: 5:17-cv-442-JSM-PRL

PACIFICA TAMPA LTD
PARTNERSHIP,

    Defendant.
_____/

## DEFAULT FINAL JUDGMENT

This cause is before the Court on Plaintiff's Motion For Entry of Judgment after Default against Pacifica Tampa LTD Partnership [Dkt. 6]. The Court has reviewed the motion, the entire file in this case, and is otherwise advised in the premises. Defendant filed no papers in response to Plaintiff's motion.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that **JUDGMENT** is hereby **ENTERED** in favor of Plaintiff, Patricia Kennedy, and against Defendant, Pacifica Tampa LTD Partnership, upon the Complaint herein, and it is further

**ORDERED AND ADJUDGED** that Pacifica Tampa LTD Partnership comply with all sections of the ADA and 28 C.F.R. Section 36.302(e), no later than one (1) year from the date of this order, and it is further

**ORDERED AND ADJUDGED** that Pacifica Tampa LTD Partnership shall, no later than one (1) year from the date of this order, eliminate the following violations at its website located at www.laquintacocoabeachoceanfront.com.

A. Modify its policies, practices, or procedures to ensure that individuals with disabilities can make reservations for accessible guest rooms during the same hours and in the same manner as individuals who do not need accessible rooms;

B. Identify and describe accessible features in the hotels and guest rooms offered through its reservations service in enough detail to reasonably permit individuals with disabilities to assess independently whether a given hotel or guest room meets his or her accessibility needs;

C. Ensure that accessible guest rooms are held for use by individuals with disabilities until all other guest rooms of that type have been rented and the accessible room requested is the only remaining room of that type;

D. Reserve, upon request, accessible guest rooms or specific types of guest rooms and ensure that the guest rooms requested are blocked and removed from all reservations systems; and

E. Guarantee that the specific accessible guest room reserved through its reservations service is held for the reserving customer, regardless of whether a specific room is held in response to reservations made by others, and it is further

**ORDERED AND ADJUDGED** that the Clerk shall **CLOSE** this case. Any pending motions are **DENIED AS MOOT**.

**ORDERED AND ADJUDGED** that Plaintiff may file appropriate motions and supporting documents seeking attorneys' fees and costs within fourteen (14) days from the date of this Order.

**DONE** and **ORDERED** in Tampa, Florida, this 25th day of January, 2018.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record